# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*     v.   *JOSHUA ALAN WADE*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3:07-cr-00122 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date:  October 19, 2007

Having considered the government's Motion to Relate Case [Docket 8], the motion is **GRANTED**.  The clerk is directed to reassign this case to the Honorable Ralph R. Beistline.